

**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Thomas J. Rizzuti, Esq.
**Assistant Corporation Counsel**
(212) 356-2325
Facsimile: (212) 356-2019
TRizzuti@law.nyc.gov

November 29, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   Teichmann v. N.Y. City Emlps.' Ret. Sys.,
              Ind. No.  21-cv-5082 (LGS)

Dear Judge Schofield:

        I am from the office of Georgia M. Pestana, counsel for Defendant NYCERS in the above-captioned action.  I write with the consent of Plaintiff Boris Teichmann to request that the Court adjourn the initial conference, currently scheduled for December 12, 2021, until early-February 2022, at the Court's convenience.

        The parties jointly request this adjournment so that Defendant can have adequate time to review the Complaint, assess its merits, and determine whether to move to dismiss or answer.  Defendant received a Statement of Service by Mail and Acknowledgment of Receipt by Mail of Summons and Complaint on November 8, 2021, and will be mailing a waiver of service back to the US Marshal's Office, giving Defendant 60 days to respond to the Complaint.  As such, adjourning the conference until early-February 2022 will allow for Defendant to determine whether it will file a pre-motion letter requesting leave to file a motion to dismiss or will file an answer in advance of the conference.  This request is the parties' first request to adjourn the Court's initial conference.

        Thank you for your consideration.

Application GRANTED IN PART and DENIED IN PART.  The initial conference scheduled for December 9, 2021, is rescheduled to  **January 12, 2022, at 4:20 P.M.**  The conference will be telephonic.  The parties shall call (888) 363-4749 and enter the access code 558-3333.  The parties shall submit the materials required by the order at docket number 11 by **January 5, 2022, at noon**.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

L**ORNA** G. S**CHOFIELD**
U**NITED** S**TATES** D**ISTRICT** J**UDGE**

Dated: November 30, 2021
       New York, New York

Respectfully submitted,

*Thomas J. Rizzuti /s/*
_____
Thomas J. Rizzuti, Esq.
Assistant Corporation Counsel

cc:   **VIA USPS AND EMAIL**
      Boris Teichmann
      Plaintiff *Pro Se*
      539 E. 78th St., #6D
      New York, New York 10075
      borisfteich@gmail.com