UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BORIS TEICHMANN,
                            Plaintiff,

               -against-

NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM,
                            Defendant.
------------------------------------------------------------- X

21 Civ. 5082 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, during the initial pretrial conference on February 2, 2022, Defendant requested that its uncorrected memorandum of law be stricken from the record and its corrected memorandum of law be accepted for filing.  It is hereby

      **ORDERED** that, for the reasons stated at the conference, the uncorrected memorandum of law is stricken and the corrected memorandum of law is accepted for filing.

      The Clerk of Court is respectfully directed to strike the entry and documents at Dkt. No. 21 from ECF and to mail this Order to pro se Plaintiff.

Dated: February 3, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE