UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BORIS TEICHMANN,                                            :
                                    Plaintiff,              :          21 Civ. 5082 (LGS)
                                                            :
              -against-                                     :          ORDER
                                                            :
NEW YORK CITY EMPLOYEES'                                    :
RETIREMENT SYSTEM,                                          :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to dismiss the Amended Complaint on January 28, 2022 (Dkt. No. 20);

WHEREAS, discovery was stayed while Defendant's motion was pending (Dkt. No. 23);

WHEREAS, Defendant's motion to dismiss was granted in part and denied in part on September 14, 2022 (Dkt. No. 27).  It is hereby

**ORDERED** that a pretrial conference will be held by telephone on **October 5, 2022, at 4:20 P.M.**  The parties shall call (888) 363-4749 and enter the access code 558-3333.  The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.  The parties shall ensure they are all dialed into the conference call by the appointed conference time.  It is further

**ORDERED** that, by **September 28, 2022, at 12:00 P.M.**, the parties shall meet and confer and file a joint Proposed Civil Case Management Plan and Scheduling Order in the form available at the Court's website (https://www.nysd.uscourts.gov/hon-lorna-g-schofield).

Dated: September 15, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE