UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BORIS TEICHMANN,

                Plaintiff,

-against-

NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM,

                Defendant.
-------------------------------------------------------------X

21 Civ. 5082 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 15, 2022, required the parties to file a joint proposed civil case management plan and scheduling order by September 28, 2022, at noon;

WHEREAS, a pretrial conference is currently scheduled for October 5, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the proposed case management plan.  It is hereby

**ORDERED** that the parties shall file a proposed case management plan as soon as possible and no later than **October 4, 2022, at 12:00 P.M.**  It is further

**ORDERED** that the conference scheduled for October 5, 2022, is adjourned to **October 12, 2022, at 4:20 P.M.**

Dated: September 29, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**