UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BORIS TEICHMANN,
                         Plaintiff,

              -against-                           21 Civ. 5082 (LGS)

NEW YORK CITY EMPLOYEES'               ORDER
RETIREMENT SYSTEM,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the initial pretrial conference scheduled for October 12, 2022, at 4:20 P.M., is adjourned to **October 12, 2022, at 5:00 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333. The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time. The parties shall ensure they are all dialed into the conference call by the appointed conference time.

      If Defendant is in contact with Plaintiff, Defendant shall attempt to give Plaintiff notice of the time change prior to the beginning of the conference.

Dated: October 12, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE